# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JANET RANDLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17 C 148 |
| ) | |
| CROCKETT CONSTRUCTION, INC. and ) | |
| WESTFIELD INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This Court's January 11, 2017 memorandum order (the "Order") raised several questions, notably but not exclusively one as to subject matter jurisdiction, as to the then-newly-filed Complaint brought by Janet Randle ("Randle") against Crockett Construction, Inc. ("Crockett") and Westfield Insurance Company ("Westfield"). Because Randle has filed a letter on January 18 in response to the Order, the issuance of this followup memorandum order is called for.

First and most fundamentally, because Randle has now identified herself as a Texas citizen, the requisite diversity of citizenship is present and this action can go forward in the regular sense. Because Randle's letter further reflects that she has deferred service of process on Crockett and Westfield "pending the Court's decision after receiving the above information," she should proceed with such service now. Lastly and relatedly, because that earlier deferral may make this Court's originally designated February 27 initial status hearing date somewhat too early to enable the parties to provide a reasonably informative oral report on the posture of the

case at that time, the February 27 status hearing date is vacated and 9 a.m. April 10, 2017 is substituted in its stead.

_____
Milton I. Shadur
Senior United States District Judge

Date:   January 24, 2017